IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CHEN YANG AND JIE SU, | § | |
| PLAINTIFFS, | § | |
| | § | |
| V. | § | |
| | § | |
| ALEJANDRO MAYORKAS, | § | CAUSE NO. 1:22-CV-1319-LY |
| SECRETARY OF DEPARTMENT OF | § | |
| HOMELAND SECURITY; MERRICK | § | |
| GARLAND, U.S. ATTORNEY GENERAL; | § | |
| AND KIRT THOMPSON, TEXAS | § | |
| SERVICE CENTER DIRECTOR, | § | |
| DEFENDANTS. | § | |

## ORDER CLOSING CASE

Before the court is the above-styled and numbered cause. Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) without prejudice (Doc. #5) was filed January 17, 2023. Accordingly,

**IT IS ORDERED** that the case is hereby **CLOSED**.

SIGNED this _____ day of January, 2023.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE